Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

## for the

_Northern_ District of _Oklahoma_

_____ Division

# FILED

MAR 0 4 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

|  |  |
|---|---|
| DARNELL JEROME-MURPHY BEY | Case No. 25 CV - 1 0 4 SEH - CDL |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| _(Write the full name of each plaintiff who is filing this complaint._ _If the names of all the plaintiffs cannot fit in the space above,_ _please write "see attached" in the space and attach an additional_ _page with the full list of names.)_ | Jury Trial: _(check one)_ ☒ Yes ☐ No |
| **-v-** | |
| STATE OF OKLAHOMA (SEE ATTACHED) | |
| _Defendant(s)_ | |
| _(Write the full name of each defendant who is being sued. If the_ _names of all the defendants cannot fit in the space above, please_ _write "see attached" in the space and attach an additional page_ _with the full list of names.)_ | |

## COMPLAINT FOR A CIVIL CASE

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DARNELL JEROME-MURPHY BEY |
| Street Address | c/o 8624 Jo Ct |
| City and County | St. Louis; St. Louis |
| State and Zip Code | Missouri State  63134 |
| Telephone Number | 314.249.5011 |
| E-mail Address | darnellslmurphy@yahoo.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)._ Attach additional pages if needed.

Fees due
& summons

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     Gentner Drummond

Job or Title *(if known)* Oklahoma Attorney General

Street Address   313 NE 21st Street

City and County   Oklahoma City, Oklahoma

State and Zip Code  Oklahoma State  73105

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name     Pam Bondi

Job or Title *(if known)* U.S. Attorney General (DOJ)

Street Address   950 Pennsylvania Ave., NW

City and County   Washington,

State and Zip Code  D.C.  20530

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name     Heidi D. Campbell

Job or Title *(if known)* Clerk of U.S. District for Northern Dist OK

Street Address   333 W. 4th Street  Rm 411

City and County   Tulsa

State and Zip Code  Oklahoma  74103

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name     Kevin Stitt

Job or Title *(if known)* Governor of Oklahoma

Street Address   2300 N. Lincoln Blvd., Rm 212

City and County   Oklahoma City

State and Zip Code  Oklahoma  73105

Telephone Number

E-mail Address *(if known)*

Defendant #5   SARAH WALLACE
Mayes COUNTY COURT CLERK
1 Court Pl.
Pryor
Oklahoma 74361

Defendant #6   Matthew Ballard
Mayes County District Attorney
1 Court Pl #250
Pryor
Oklahoma 74361

Defendant #7   Jacqueline Stout
Honorable Judge of Mayes County
1 Court Pl. #200
Pryor
Oklahoma 74361

Defendant #8   Pat Mays
Oklahoma Highway Patrol Chief
9191 N. 123rd East Ave
Owasso, O
Oklahoma 74055

Defendant #9   Samuel Walker
Oklahoma Highway Patrol Trooper
441276 US-60
Vinita
Oklahoma 74301

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983
U.S. Constitution Amendment XIV
Privileges + Immunities Clause, Article IV, Section 2
Federal Rules of Civil Procedure 5.1; U.S Constitution Amend V

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff,  *(name)* _____ , is a citizen of the

        State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff,  *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant,  *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/3/25

Signature of Plaintiff    Darnell Jerome- Murphy Bey
Printed Name of Plaintiff    Darnell Jerome-Murphy Bey

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Plaintiff: DARNELL JEROME MURPHY BEY, Pro Se

vs.

Defendants: The State of Oklahoma, Mayes County Court, Mayes County District Attorney, Judge Jacqueline Stout, Oklahoma Highway Patrol, Oklahoma Attorney General, Governor of Oklahoma, Attorney General for the Northern District of Oklahoma, and U.S. Attorney General (DOJ)

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I. Introduction
Plaintiff files this Complaint for Declaratory and Injunctive Relief, challenging the constitutionality of the statute under which he has been charged, which violates the right to travel and due process under the U.S. Constitution.

II. Jurisdiction & Venue
This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff raises a constitutional challenge under Rule 5.1 of the Federal Rules of Civil Procedure. Venue is proper in this District as the violations occurred in Mayes County, Oklahoma.

III. Constitutional Violations
1. Right to Travel Violation – The statute unlawfully restricts Plaintiff's right to travel under the Privileges and Immunities Clause and the Fourteenth Amendment.
2. Due Process Violation – The statute is unconstitutionally vague, violating the Fifth and Fourteenth Amendments.
3. Improper Court Proceedings – The state court entered a plea without Plaintiff's consent, violating his due process rights.

IV. Relief Sought
Plaintiff seeks:
1. A declaration that the statute is unconstitutional.
2. A preliminary and permanent injunction against further state proceedings.
3. Any other relief this Court deems just and proper.

Dated this 3rd day of March, 2025.

*Darnell Jerome - Murphy Bey*
DARNELL JEROME MURPHY BEY, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

Plaintiff: DARNELL JEROME MURPHY BEY, Pro Se

vs.

Defendants: The State of Oklahoma, Mayes County Court, Mayes County District Attorney, Judge Jacqueline Stout, Oklahoma Highway Patrol, Oklahoma Attorney General, Governor of Oklahoma, Attorney General for the Northern District of Oklahoma, and U.S. Attorney General (DOJ)

NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO RULE 5.1

Comes now the Plaintiff, DARNELL JEROME MURPHY BEY, Pro Se, and hereby submits this Notice of Constitutional Challenge pursuant to Rule 5.1 of the Federal Rules of Civil Procedure.

Plaintiff challenges the constitutionality of the statute under which he has been charged, asserting violations of his fundamental right to travel and due process under the United States Constitution.

Plaintiff contends that:
1. The statute unlawfully restricts his fundamental right to travel under the Privileges and Immunities Clause and the 14th Amendment.
2. The statute is unconstitutionally vague and lacks proper enforcement guidelines, violating the Due Process Clause of the Fifth and Fourteenth Amendments.
3. The state court has entered a plea without Plaintiff's consent, further depriving him of due process.

WHEREFORE, Plaintiff requests this Court:
1. Issue a preliminary injunction halting the state proceedings pending this Court's ruling.
2. Declare the challenged statute unconstitutional.
3. Grant any further relief deemed just and proper.

## EXHIBITS
The following exhibits are attached in support of this filing:

Exhibit A – UCC-1 Financing Statement
Exhibit B – Court-Stamped Legal Filings
Exhibit C – Affidavit of Publication for Name Change

Exhibit D – Court Information with Incorrect Name

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Constitutional Challenge was served upon the following parties on this date, via next day Mail: & certified

1. Oklahoma Attorney General, Gentner Drummond
313 NE 21st Street, Oklahoma City, OK 73105
2. U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530
3. Clerk of the U.S. District Court for the Northern District of Oklahoma, 333 W. 4th Street, Room 411, Tulsa, OK 74103
4. Governor of Oklahoma, Kevin Stitt in his official capacity
2300 N. Lincoln Blvd., Room 212, Oklahoma City, OK 73105
5. Mayes County Court
1 Court Place, Pryor, OK 74361
6. Mayes County District Attorney, Matthew Ballard
1 Court Place, Suite 250, Pryor, OK 74361
7. Honorable Jacqueline Stout, in her official capacity as Judge of the Mayes County Court
1 Court Place, Pryor, OK 74361
8. Oklahoma Highway Patrol
9191 N. 123rd East Ave., Owasso, OK 74055
9. Samuel Walker, in his official and individual capacity
441276 US-60, Vinita, OK 74301

Dated this 3rd day of March, 2025.

Darnell Jerome – Murphy Bey

Darnell Jerome Murphy Bey, Pro Se

File Number: 20230412001443161

Date Filed: 4/12/2023 12:12 AM

John R. Ashcroft

Secretary of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

Darnell Bey                    (314) 249-5011

B. E-MAIL CONTACT AT FILER (optional)

darnell81murphy@yahoo.com

C. SEND ACKNOWLEDGMENT TO   (Name and Address)

Darnell Bey
2452 Indiancup dr
St. Louis, MO  63033

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Page 1 of 1

1. **DEBTOR'S NAME**: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in the line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AD)

1a. ORGANIZATION'S NAME

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
|---|---|---|---|
| BEY | DARNELL | JEROME MURPHY | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1200 MARKET ST | ST LOUIS | MO | 63103 | USA |

2. **DEBTOR'S NAME**: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in the line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1AD)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIALS | SUFFIX |
|---|---|---|---|
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
DARNELL JEROME MURPHY BEY EXPRESS TRUST

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8624 JO CT | ST LOUIS | MO | 63134 | USA |

4. **COLLATERAL**: This financing statement covers the following collateral:

All of the Debtor's interest in all the debtors property, both registered and unregistered, is hereby selected as collateral for securing contractual obligations in favor of the Secured Party. The value of the Secured Party's claim is nine hundred billion United States Dollars ($900,000,000,000.00). This is the entry of the Debtor into the

commercial registry and public Notice of a commercial transaction. The Secured Party hereby secures all title rights interest and equity in said property and attachments  SA-1-020819814123-DJMB, POA-020819814123DJMB

| 5. Check only if applicable and only one box: Collateral is | held in a Trust (see UCC1Ad, item 17 and Instructions) | being administered by a Decedent's Personal Representative |
|---|---|---|

| 6a. Check only if applicable and only one box | | | 6b. Check only if applicable and only one box | |
|---|---|---|---|---|
| ☐ Public Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ✓ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ✓ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

UCC FINANCING STATEMENT (FORM UCC1) (REV. 08/28/2013)

Bey, Darnell Jerome Murphy, Attorney-in-Fact
6907 Page Ave. #1141
Saint Louis, Missouri 63133
dhitta62@gmail.com
314-400-2391

February 24, 2025

FILED IN THE DISTRICT COURT
MAYES CO. OKLAHOMA

FEB 2 5 2025

SARAH WALLACE, COURT CLERK
BY_____DEPUTY

Clerk of the Court
District Court of Mayes County
1 Court Pl #200
Pryor, OK 74361

RE: Submission of Legal Filings for Case OHP25003207

Dear Clerk of the Court,

Enclosed please find the following legal documents for filing in the above-referenced matter:

1. Plea in Abatement Due to Misidentification & Lack of Jurisdiction

2. Petition for Writ of Quo Warranto

3. Motion to Dismiss for Lack of Personal Jurisdiction Due to Misidentification

4. Notice of Fundamental Defect in Process

5. Motion to Suppress Evidence Due to Illegal Search & Seizure

6. Motion to Quash Arrest and Dismiss Charges

7. Affidavit of Fact – Unlawful Arrest & Fourth Amendment Violation

8. Affidavit of Fundamental Defect in Process & Lack of Jurisdiction

9. Affidavit of Special Appearance & Non-Consent to Jurisdiction

10. Notice of Foreign Trust & Private Status

These documents are submitted in accordance with my legal rights and duties as Attorney-in-Fact for Bey, Darnell Jerome Murphy. I respectfully request that these filings be entered into the record and that copies be returned to me with the court's official stamp.

Bey, Darnell Jerome Murphy, Attorney-in-Fact
6907 Page Ave. 1141
Saint Louis, Missouri 63133
thatbode gmail.com
[314-400-2391

## IN THE DISTRICT COURT OF MAYES COUNTY

## STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff

Vs

DARNELL JEROME MURPHY,

Defendant


Case: OHP25003207


## PLEA IN ABATEMENT DUE TO MISIDENTIFICATION & LACK OF JURISDICTION


COMES NOW, Bey, Darnell Jerome Murphy, Attorney-in-Fact, and respectfully submits this Plea in Abatement to halt proceedings due to a fundamental jurisdictional defect, stating as follows:


### I. Misidentification Creates a Fatal Defect

1. The name under which these proceedings have been initiated does not correctly identify me.

2. The prosecution has failed to establish that I am the correct party to this action, rendering all proceedings defective.

3. The misidentification issue is a fundamental due process violation, requiring abatement of these proceedings

Bey, Darnell Jerome Murphy, Attorney-in-Fact
6907 Page Ave. 1141
Saint Louis, Missouri 63133
jhttao2egmail.com
314-400-2391

## IN THE DISTRICT COURT OF MAYES COUNTY

### STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff

vs

DARNELL JEROME MURPHY,

Defendant

Case: OHP25003207

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION DUE TO MISIDENTIFICATION

COMES NOW, Bey, Darnell Jerome Murphy, Attorney-in-Fact, and moves this Court to Dismiss for Lack of Personal Jurisdiction Due to Misidentification, stating as follows:

1. Fundamental Defect in Identity: The court records reflect the name "Darnell Jerome Murphy," which is not my legal or proper name. My correct name is "DARNELL JEROME MURPHY BEY," with "BEY" as the only surname.

2. Jurisdictional Deficiency: Due process under the U.S. Constitution and Oklahoma law mandates that a court have personal jurisdiction over the correct individual. The misidentification renders these proceedings void.

3. Improper Arrest and Booking: I was arrested and booked under an incorrect identity despite providing my correct legal name. The refusal of jail staff to recognize my proper identity constitutes a due process violation.

Bey, Darnell Jerome Murphy, Attorney-in-Fact
6907 Page Ave. 1141
Saint Louis, Missouri 63133
dhittac2@gmail.com
314-400-2391

## IN THE DISTRICT COURT OF MAYES COUNTY

## STATE OF OKLAHOMA

STATE OF OKLAHOMA,
Plaintiff
vs
DARNELL JEROME MURPHY,
Defendant
Case: OHP25003207

## NOTICE OF FUNDAMENTAL DEFECT IN PROCESS

COMES NOW, Bey, Darnell Jerome Murphy, Attorney-in-Fact, and provides notice to this
Court that the proceedings initiated in this matter are fatally defective due to the following:

1. Erroneous Identification : The State has proceeded under the incorrect identity "Darnell
Jerome Murphy" rather than my correct legal name.

2. Jurisdictional Failure : A court cannot obtain jurisdiction over an individual when the
name listed in the proceedings does not correspond to the individual named.

3. Due Process Violation : The refusal of arresting officers and jail personnel to properly
identify me has resulted in a due process failure that invalidates the entire case.

4. Void Proceedings : As a result of these fundamental defects, any action taken by the
court under the incorrect name is void ab initio and cannot be lawfully enforced.

WHEREFORE, I demand that this Court take judicial notice of the fatal defect in process and
immediately dismiss all proceedings against me.

Respectfully submitted,

Bey, Darnell Jerome Murphy, Attorney-in-Fact

Date 1/21/25

Bey, Darnell Jerome Murphy, Attorney-in-Fact
6907 Page Ave 1141
Saint Louis, Missouri 63133
[illegible]
314-400-2391

## IN THE DISTRICT COURT OF MAYES COUNTY

### STATE OF OKLAHOMA

STATE OF OKLAHOMA,

Plaintiff

VS

DARNELL JEROME MURPHY,

Defendant

Case: OHP25003207

## MOTION TO QUASH ARREST AND DISMISS CHARGES

COMES NOW, Bey, Darnell Jerome Murphy, Attorney-in-Fact, and moves this Court to Quash
the Arrest and Dismiss Charges for the following reasons:

1. Misidentification in Arrest: The arrest was based on an erroneous identification. The
name under which the arrest was conducted, "DARNELL JEROME MURPHY," is not my
correct legal name. My correct legal name is "DARNELL JEROME MURPHY BEY," with "BEY"
as my only surname.

2. Lack of Probable Cause Due to Misidentification: Law enforcement officers detained and
arrested the wrong individual, violating my Fourth Amendment rights against unlawful
seizure.

3. Defective Process and Lack of Jurisdiction: The court lacks jurisdiction over me due to the
fundamental defect in identifying the accused. Any proceedings under the incorrect name
are void ab initio.

4. Unlawful Detention and Due Process Violation: I was unlawfully detained for over 40
hours under an incorrect name, depriving me of my right to due process.

## AFFIDAVIT OF FACT

## UNLAWFUL ARREST & FOURTH AMENDMENT VIOLATION

I, Bey, Darnell Jerome Murphy, a private man, in my correct and proper status, sui juris, under penalty of perjury under the laws of the United States of America, do hereby affirm and attest to the following facts based on firsthand knowledge and belief:

i. Identification & Status

1. I am a private man and do not operate in commerce as a statutory entity.

2. I lawfully changed my name in 2019 from Darnell Jerome Murphy to Darnell Jerome Murphy Bey, where "Bey" is my sole last name.

3. I am the secured party, creditor, and holder in due course of the entity associated with the birth certificate name.

4. I hold a Durable Power of Attorney (POA) over the entity and have properly recorded this authority.

5. A Security Agreement exists between the entity and a private foreign trust, further clarifying my jurisdictional position.

6. I have lawfully filed a UCC-1 Financing Statement as a non-UCC filing, placing a fee schedule on any unauthorized use of the entity name.

ii. Facts of the Unlawful Arrest

7. On or about February 14, 2025, I was unlawfully detained, searched, and arrested by Oklahoma State Trooper in Mayes County, Oklahoma.

8. The arresting officer(s) misidentified me as "Darnell Jerome Murphy," a name which I have not lawfully held since 2019.

9. I provided correct identification and attempted to correct the record at the time of my arrest, which law enforcement ignored.

10. I was detained for over 30 hours under an incorrect identity, despite my clear efforts to correct the mistake.

iii. Fourth Amendment Violation: Illegal Search & Seizure

AFFIDAVIT OF FUNDAMENTAL DEFECT IN PROCESS & LACK OF JURISDICTION

I, Bey, Darnell Jerome Murphy, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I was detained and booked into the Mayes County Jail under an incorrect name that does not legally identify me.

2. Despite informing both the arresting officer and jail staff of my correct legal identity, I was forcibly processed under an erroneous name, creating a fundamental defect in these proceedings.

3. Any prosecution under the wrong name is jurisdictionally defective, rendering these proceedings void ab initio (from the beginning).

4. The court has no lawful authority over me because the case is proceeding against an entity that is not me.

5. Due process requires that charges be brought against the correct individual, and failure to do so is a fatal defect that invalidates any legal action taken under the incorrect name.

WHEREFORE, I submit this affidavit as evidence that these proceedings are jurisdictionally void and must be dismissed immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of _____, 20__

_Bey, Darnell Jerome Murphy/Agent_

Bey, Darnell Jerome Murphy], Attorney-in-Fact

State of Missouri
County of St. Louis City
On this ____ day of FEBRUARY, 20 25

Personally appeared Darnell Jerome Murphy Bey
Whom Subscribed and Sworn to (or affirmed) before me

Notary Public _____

KIARA MONEIL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 10, 2027
ST. LOUIS CITY
COMMISSION NO. 19611147

AFFIDAVIT OF SPECIAL APPEARANCE & NON-CONSENT TO JURISDICTION

I, Bey, Darnell Jerome Murphy, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am appearing in this court strictly for the purpose of challenging jurisdiction and not for any other purpose.

2. My appearance does not constitute a general appearance, nor does it signify consent to these proceedings.

3. The case has been initiated under a misidentified name that does not legally identify me, creating a jurisdictional defect.

4. As the case is proceeding under an incorrect identity, this court lacks jurisdiction over me, and any proceedings against me under the incorrect name are void.

5. I reserve all rights and do not waive any defenses, including objections to personal jurisdiction and fundamental defects in due process.

WHEREFORE, I submit this affidavit to confirm that my special appearance is for jurisdictional challenge only, and no waiver of rights or consent to the proceedings is implied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _04_ day of _Feb_, 20_25_

_Bey, Darnell Jerome Murphy/Agent_

Bey, Darnell Jerome Murphy, Attorney-in-Fact

State of Missouri
County of St. Louis City
On this _24th_ day of FEBRUARY, 20 _25_

Personally appeared _Darnell Jerome Murphy Bey_
Whom Subscribed and Sworn to(or affirmed) before me

Notary Public _Kiara McNeil_

KIARA MCNEIL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 10, 2027
ST. LOUIS CITY
COMMISSION #23/B1160

# AFFIDAVIT OF PUBLICATION

STATE OF MISSOURI
} S.S.
COUNTY OF ST. LOUIS

Page 1 of 1

Before the undersigned Notary Public personally appeared **Lisa Fowler** on behalf of **THE COUNTIAN, ST. LOUIS COUNTY** who, being duly sworn, attests that said newspaper is qualified under the provisions of Missouri law governing public notices to publish, and did so publish, the notice annexed hereto, starting with the **October 28, 2019** edition and ending with the November 11, 2019 edition, for a total of 3 publications:

10/28/2019          11/04/2019          11/11/2019

In re Darnell Jerome Murphy
**CHANGE OF NAME** - To Whom It May Concern: Public Notice is hereby given that by an order of the Circuit Court of the County of St. Louis, State of Missouri, Div. 13 Case No. 19SL-DR04007, made and entered of record on October 21, 2019, the name of Darnell Jerome Murphy was changed to **Darnell Jerome Murphy Bey.**

DARNELL JEROME MURPHY
11807855 County Oct. 28, 2019

_Lisa Fowler_ (signature)

Lisa Fowler

Subscribed & sworn before me this ___11th___ day of _Nov_ , 2019

(SEAL)

_Chanel Oge_ (signature)

Notary Public

CHANEL JONES
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires Aug 11, 2022
Commission Number 14512671

**FILED**

NOV 18 2019

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF _____ST. LOUIS COUNTY_____, MISSOURI

DARNELL JEROME MURPHY

Petitioner(s),

Case No. _19SL-DR04007_

Division No. ____13____

**FILED**

OCT 21 2019

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

## Change of Name Judgment
### Count I

Parties

1. Appearances (*Check all that apply*)
   - ☒ Petitioner(s) appears in person.
   - ☐ Petitioner(s) appears by attorney.
   - ☐ Petitioner(s) appear by Next Friend
   - ☐ _____ appears in person.
   - ☐ _____ appears by attorney.

2. The court finds that the change of name(s) would be proper and would not be detrimental to the interests of any other person.

3. The name of Petitioner is changed as follows:

| From | | To | | Birth Date |
|---|---|---|---|---|
| First | DARNELL | First | DARNELL | |
| Middle | JEROME | Middle | JEROME MURPHY | |
| Last | MURPHY | Last | BEY | 2/8/1981 |
| Suffix | | Suffix | | |

Change of Birth Records

4. ☒ It is further ordered that the Division of Health and Senior Services, Bureau of Vital Statistics for the State of Missouri alter the birth certificate(s) of Petitioner(s) to reflect this judgment. This judgment shall be mailed by the Petitioner(s) to the Division of Health and Senior Services
   ☐ It is further ordered that the State of _____ alter the birth certificates(s) of Petitioner(s) to reflect this judgment. This judgment shall be mailed by the Petitioner(s) to the appropriate state of birth of Petitioner(s)

Notice

5. ☒ Notice of the change of name(s) shall be published at least once each week for three consecutive weeks in the following newspaper of general circulation: ST. LOUIS COUNTIAN

   ☐ No notice of change of name is to be published because the petitioner is the victim of a crime based upon domestic violence as defined in §455.200, RSMo, or the victim of child abuse as defined in §210.110, RSMo; or the victim of abuse by a family or household member, as defined in §455.010, RSMo

Change of Name Judgment    Page 1 of 2

Court Costs

6. ☒ Court costs are to be paid from the court cost deposit(s) previously posted.
   ☐ Court costs are waived.

Waiver of Right to Rehearing *(If case is heard by a Commissioner pursuant to §487.010, RSMo et seq.)*
   ☐ We, the undersigned parties, do hereby acknowledge receipt of the findings and
   recommendations of the commissioner and waive the right to file a motion for rehearing in this
   case.

_____
(Family Court Judge)

_____
Judge                    Date    10/21/2019

| *(If heard by a Family Court Commissioner)* |
| Findings and Recommendations of Commissioner: |
| |
| _____  _____ |
| Commissioner              Date |
| |
| All orders and these findings and recommendations |
| of the Commissioner are confirmed and adopted as |
| the judgment of the court. |
| |
| _____  _____ |
| Judge                    Date |

A certified copy of this judgment is to be mailed to the following person(s): *(Check all applicable boxes)*

| ☐ Petitioner's Attorney | ☒ Petitioner | ☐ Petitioner |
|---|---|---|
| _____ | _____ | _____ |
| (Signature of Petitioner's Attorney) | (Signature of Petitioner) | (Signature of Petitioner) |
| | 8624 JO COURT | |
| _____ | _____ | _____ |
| (Attorney's Name/Bar # - PRINTED) | (Street)            ST. LOUIS    MO    63134 | (Street) |
| _____ | _____ | _____ |
| (Street) | (City)        (State)  (Zip) | (City)        (State)  Zip. |
| _____ | (314) 249-5011 | |
| (City)        (State)  (Zip) | _____ | _____ |
| _____ | (Telephone Number) | (Telephone Number) |
| (Telephone Number) | | |

IN THE CIRCUIT COURT OF St. Louis County ▾ , MISSOURI

*(County where court is located. City of St. Louis is considered a county.)*

In re:

Darnell        Jerome        Murphy
(First Name)   (Middle Name)  (Last Name)                    (Jr./Sr./III)
**Petitioner** *(Enter your full legal name above)*

**Case No.** 19SL-DR04007
*(Will be assigned when case is filed)*

**Division No.** 13
*(Will be assigned when case is filed)*

## Petition for Change of Name (For Adult Individual)

FILED

AUG 1 4 2019

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

## Your Information (You are the "Petitioner" in this case)

1. My current full legal name is:

   Darnell        Jerome        Murphy
   (First Name)   (Middle Name)  (Last Name)                    (Jr./Sr./III)

2. I want to change my name to:

   Darnell        Jerome Murph   Bey
   (First Name)   (Middle Name)  (Last Name)                    (Jr./Sr./III)

3. *Check one of the two boxes.*

   ☑ This is the first petition I have filed in this case. (Original Petition)
   ☐ This is the second petition I have filed in this case.

4. My mailing address is:

   in care of: 8624 Jo court
   (Street)

   Saint Louis              Missouri        [63134]
   (City)                   (State)         (Zip)

   (314) 249-5011
   (Telephone Number with Area Code)   (E-mail Address - Optional)

5. My parent's full legal name is:

   Doreatha       Mammie        Cooper                    Murphy
   (First Name)   (Middle Name)  (Maiden Name - if applicable)  (Last Name)         (Jr./Sr./III)

6. My other parent's (father or mother) full legal name is:

   Jerome         Emmett                                  Murphy            Sr.
   (First Name)   (Middle Name)  (Maiden Name - if applicable)  (Last Name)         (Jr./Sr./III)

7. My husband's or wife's full legal name is:

   n/a
   (First Name)              (Middle Name)   (Last Name)                    (Jr./Sr./III)

8. My birth date is: 02/08/1981
   *(mm/dd/yyyy)*

9. My place of birth is: Saint Louis     Missouri     united states of Ame
   *(City)*     *(State)*     *(Country)*

10. The change of my name would not be detrimental to any other person.

11. I want to change my name because:

    see attached sheet

12. I reside in ☐ the United States ☑ another country, which is:

    Northwest Amexem, united states of Al Moroc, united states of America Republic

13. I reside in the State of   Missouri Republic

14. I reside in the County of Saint Louis

15. *Check one of the two boxes.*
    ☑ My name has never been changed.
    ☐ My name has previously been changed as follows:
       State the name and number of the case in which the judgment was entered and the court in which the judgment was entered.

16. *Check all boxes that apply.*
    ☐ I am the victim of a crime based upon domestic violence as defined in §455.010, RSMo.
    ☐ I am the victim of child abuse as defined in §210.110, RSMo.
    ☐ I am the victim of abuse by a family or household member as defined in §455.010, RSMo.
    ☑ None of the above.

17. *Check one of the two boxes.*
    ☑ There are no unsatisfied money judgments against me.
    ☐ There are unsatisfied money judgments against me in the following cases:
       State the name and number of the case in which the judgment was entered and the court in which the judgment was entered.

Petition for Change of Name (For Adult Individual)
Form CAFC401 04/2016
Page 2 of 4
This form is available for free at www.selfrepresent.mo.gov

18.  Check one of the two below:

[✓]  There are no cases requesting money pending against me.
[ ]  The following cases in which money is requested are pending against me:

    State the name and number of the case and the court in which it is pending.

_____

_____

## Children's Information

19.  I have  4  child(ren) who is/are listed below.

Enter the number of children above. Enter each child's full name below as it appears on the birth certificate. Also state, the age and address of each child. If you have more than six children, attach an additional page.

a.  Jeda               Nicole          Murphy
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    18
                                                                                       (Child's Age)
                       Saint Louis                     Missouri
    (Street)           (City)                          (State)                         (Zip)

b.  Darnell            Jerome          Murphy
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    12
                                                                                       (Child's Age)
    2452 Indiancup Drive               Florissant      Missouri                        [63033]
    (Street)           (City)                          (State)                         (Zip)

c.  Keyion             Mekhi           Murphy
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    9
                                                                                       (Child's Age)
    2452 Indiancup Drive               Florissant      Missouri                        [63033]
    (Street)           (City)                          (State)                         (Zip)

d.  Khloe              Makenzie Mu     Bey
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    3 months
                                                                                       (Child's Age)
    2452 Indiancup Drive               Florissant      Missouri                        [63033]
    (Street)           (City)                          (State)                         (Zip)

e.
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    (Child's Age)

    (Street)           (City)                          (State)                         (Zip)

f.
    (First Name)       (Middle Name)   (Last Name)                    (Jr./Sr./III)    (Child's Age)

    (Street)           (City)                          (State)                         (Zip)

## Request for Relief

THEREFORE, I ask the court to change my name from the name stated in Paragraph 1 above to the name stated in Paragraph 2 above.

## Sign Below in the Presence of a Notary Public

Petitioner, of lawful age, being duly sworn on his or her oath, states that he or she is the petitioner named above and that the facts stated in this *Petition for Change of Name (For Adult Individual)* are true according to his or her best knowledge, information and belief.

▶ _Darnell Murphy_
(Sign above in the Presence of a Notary Public)

_Darnell Murphy_
(Print your name above)

The following information must be completed by a notary public.

STATE OF _Missouri_ )
) SS
COUNTY OF _St. Louis City_ )

BRENDA M. ANDERSON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 27, 2020
Commission Number: 12361921

On this _13th_ day of _August_, 20_19_, before me personally appeared, _Darnell Murphy_, to me known to be the person described in and who executed the foregoing instrument and acknowledged that he/she executed the same as his/her free act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_Brenda M. Anderson_
_Brenda M. Anderson_ Notary Public
_St Louis City_ County, State of Missouri

My commission expires: _May 27, 2020_

## Attorney Information

This information may be completed by your attorney. Do not enter any information here if you are filing this case without the assistance of an attorney.

☐ I have assisted Petitioner in the preparation of these pleadings, but I am not entering my appearance on behalf of Petitioner.

_____
(Attorney - Sign above)

_____
(Missouri Bar Number)

_____
(Attorney - Print your name above)

_____
(Street)

_____
(City)          (State)          (Zip)

_____
(Telephone Number with Area Code)  (Fax Number with Area Code)  (E-mail Address - Optional)

Court                          1of1                          1A - BWA *

IN THE DISTRICT COURT OF THE TWELFTH JUDICIAL DISTRICT OF THE STATE OF
OKLAHOMA SITTING IN AND FOR MAYES COUNTY

THE STATE OF OKLAHOMA,                    )
                                          )
    Plaintiff,                        )
                                          )
vs.                                       )
                                          )     Case No. CM-2025- 45
DARNELL J MURPHY                          )
                                          )
ADDR: 8624 JO CT                          )
      Berkeley, MO 63134                )
DL:    ****2001                        )
SSN:  ***-**-                         )
DOB:  February, 1981                    )
                                          )
    Defendant(s).                     )

```
FILED IN THE DISTRICT COURT
    MAYES CO OKLAHOMA

        FEB 2 4 2025

SARAH WALLACE, COURT CLERK
BY_____
                    DEPUTY
```

## INFORMATION

FOR:

COUNT 1:    POSSESSION OF CONTROLLED DANGEROUS SUBSTANCE  ~ 63 O.S. § 2-402, a
            MISDEMEANOR
COUNT 2:    SPEEDING - POSTED ZONE ~ 47 O.S. § 11-802, a MISDEMEANOR
COUNT 3:    OPERATE VEHICLE WITH LICENSE PLATE COVERED  ~ 47 O.S. § 1113(A)(2), a
            MISDEMEANOR

STATE OF OKLAHOMA, COUNTY OF MAYES:

    I, Matthew J. Ballard, the undersigned District Attorney of said County, in the name and by the
authority of the State of Oklahoma, give information that in said County of Mayes and in the State of
Oklahoma, **DARNELL J MURPHY** did then and there unlawfully, willfully, knowingly and wrongfully commit
the crime(s) of:

COUNT 1:    **POSSESSION OF CONTROLLED DANGEROUS SUBSTANCE  ~ a MISDEMEANOR**, on or
about the 14th day of February, 2025, by knowingly and intentionally having in defendant's possession under
defendant's control Marijuana and Ecstasy, said drug being classified as a controlled dangerous substance in
Schedule I and IV of the Uniform Controlled Dangerous Substances Act of Oklahoma.

COUNT 2:    **SPEEDING - POSTED ZONE  ~ a MISDEMEANOR**, on or about the 14th day of February,
2025, by driving a 2016 Lincoln MKZ, bearing MO LL5A7N, on US 69 at US 69 and OK 28  at a speed of 55
miles per hour, which exceeded the posted speed limit of 45 miles per hour.

COUNT 3    **OPERATE VEHICLE WITH LICENSE PLATE COVERED  ~ a MISDEMEANOR**, on or about
the 14th day of February, 2025, the Defendant was operating a 2016 Lincoln MKZ, bearing MO LL5A7N with
a plate covering that covered the expiration of the license plate

                          MATTHEW J. BALLARD
                          DISTRICT ATTORNEY

su/k enrollment $2,000.00    By _____
                             Kyle E Long
                             Assistant District Attorney

DARNELL REY
c/o 6907 Page Ave. 1141
St. Louis, MO 63133

Clerk of the U.S. District Court
For the Northern District of Oklahoma
333 W 4th Street  Room 411
Tulsa, OK 74103

RECEIVED

MAR 04 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

This package is made from post-consumer waste. Please recycle - again.

**PRIORITY MAIL EXPRESS®**

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE ( )

DARNELL JM BEY
6607 Page Ave., 1141
St. Louis, MO 63133

TO: (PLEASE PRINT)   PHONE ( )

Clerk of the U.S. District
Court of Oklahoma Northern District
333 W 4th Street Rm 411, Tulsa OK
74103

PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

USPS.COM/PICKUP

PS10001000006

RECEIVED
MAR 0 4 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

EP13F October 2023
OD: 12 1/2 x 9 1/2

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

See DMM and IMM at pe.usps.com for complete details.
**Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
†Money Back Guarantee for U.S. destinations only.

how2recycle.info   PAPER POUCH

UNITED STATES POSTAL SERVICE®

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)
03134   3/4/25

Day of Delivery   Scheduled Delivery Time
□ 1-Day   □ 2-Day   □ Military   □ DPO

Date Accepted (MM/DD/YY)
3/3/25

Postage
$31.40

Time Accepted   □ AM   □ PM

Return Receipt Fee
$

Weight   lbs.   oz.
15X

Flat Rate □   Acceptance Employee Initials

COD Fee   Insurance Fee
$

Special Handling/Fragile
$

Live Animal Transportation Fee
$

Sunday/Holiday Premium Fee
$

Total Postage & Fees
$ 31.40

Scheduled Delivery Date (MM/DD/YY)   Time   □ AM   □ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   □ AM   □ PM   Employee Signature

Postmarked 3/3/2025
25 PME 104 SEH - CDL

ER 156 302 680 US

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

INTERNATIONAL USE
G LABEL HERE

ite*
ne†
e included for domestic
destinations.

clude $100 of insurance

1 request.

elect APO/FPO/DPO and

Retail

RDC 07

74103

**$31.40**

U.S. POSTAGE PAID
PME
SAINT LOUIS, MO 63134
MAR 03, 2025
S2324M502107-13




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.